GEORGE A. HUNT (1586)
**WILLIAMS & HUNT**
Attorneys for Defendant Investor Quality Title, LLC
257 East 200 South, Suite 500
Post Office Box 45678
Salt Lake City, Utah  84145-5678
Phone (801) 521-5678
Facsimile (801) 364-4500
ghunt@wilhunt.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK, | : : : | **MOTION FOR LEAVE TO AMEND ANSWER TO AMENDED COMPLAINT** |
| Plaintiff, | : : | |
| v. | : : | Case No. 2:10-cv-01056 |
| INVESTOR QUALITY TITLE, LLC, a Utah limited liability company, | : : : | Honorable Clark Waddoups |
| Defendant. | : : : | Magistrate Judge Brooke C. Wells |

Pursuant to Rule 15, Federal Rules of Civil Procedure, Defendant Investor Quality Title hereby moves this Court for leave to amend its Answer and add two additional affirmative defenses.  The form of Amended Answer which Defendant seeks to file is attached hereto as Ex. A.

This Motion is made on the grounds and for the reasons that it will not cause any undue delay or prejudice, the added defenses have merit, and it is the first amendment to the pleadings requested by Defendant.

This Motion is supported by a Memorandum filed herewith.

DATED this __26th__ day of September, 2011.

                                        **WILLIAMS & HUNT**


                         By      /s/ George A. Hunt
                                 GEORGE A. HUNT
                                 Attorneys for Defendant Investor
                                   Quality Title, LLC

225095.1

## AFFIDAVIT OF SERVICE


Mary C. Wardell, being duly sworn, says that she is employed in the law offices of Williams & Hunt, attorneys for Defendant, Investor Quality Title, LLC, herein; that she served the attached **MOTION FOR LEAVE TO AMEND ANSWER TO AMENDED COMPLAINT** in Case No. 2:10-cv-01056 before the United States District Court for the District of Utah, Central Division, upon the parties listed below via CM/ECF filing and by placing a true and correct copy thereof in an envelope addressed to:

### Counsel for Plaintiff

Gary E. Doctorman
David K. Heinhold
**PARSONS BEHLE & LATIMER**
One Utah Center, Suite 1800
201 South Main Street
Salt Lake City, Utah 84111

and causing the same to be mailed first class, postage prepaid, on the __28th__ day of September, 2011.

/s/ Mary C. Wardell

201371.1